THIS OPINION HAS NO PRECEDENTIAL VALUE.  
 IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS 
 PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
John Linen,       
Appellant.
 
 
 

Appeal From Williamsburg County
Clifton Newman, Circuit Court Judge

Unpublished Opinion No. 2004-UP-404
Submitted April 21, 2004  Filed June 
 22, 2004 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  John Linen (Appellant) pled 
 guilty to armed robbery and possession of a firearm during the commission of 
 a violent crime.  He was sentenced to concurrent prison terms of fifteen years 
 and five years, respectively. 
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.       
APPEAL DISMISSED. [1] 
GOOSLBY, HOWARD, and BEATTY, JJ., concur.

 
 
 [1]   This case is decided without oral argument pursuant to Rule 215, 
 SCACR.